1  Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
   95 S. Market Street, Suite 300
2  San Jose, California  95113
   (650) 319-5554 telephone
3  (415)-874-7082 facsimile
   whelanlaw@gmail.com
4
   Attorney for Defendant
5  JUAN ANTONIO RUIZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN JOSE DIVISION
10

11

12 | UNITED STATES OF AMERICA

13 |     Plaintiff,                    | Case Numbers:

14 | vs.                               | CR-13-394-DLJ

15 | JUAN ANTONIO RUIZ,                | STIPULATION AND ORDER FOR
                                        PRE-PLEA CRIMINAL HISTORY ONLY
16 |     Defendant.                    | PRESENTECE REPORT

17

18

19      The captioned matter is currently set for continued status hearing before the Court

20 on April 17, 2014.  Counsel for the parties hereby stipulate, subject to Court approval, that

21

22 a pre-plea criminal history only presentence report will assist their pre-trial assessment of

23 the case.   Therefore, undersigned counsel request that the Court order U.S. Probation to

24 prepare such a report and disclose it to the parties only as soon as is practicable.

25 ///

26 ///

27

28
                                        -1-

IT IS SO STIPULATED.

                                                MELINDA HAAG
United States Attorney

Dated: February 24, 2014             /S/
                                          DANIEL KALEBA
Assistant United States Attorney

Dated: February 24, 2014             /S/
                                          WM. MICHAEL WHELAN, JR.
Attorney for Defendant Ruiz

## ORDER

Good cause appearing, and by stipulation of the parties in the above-captioned matter, it is hereby ordered that U.S. Probation, as soon as is practicable, prepare a criminal history only pre-plea presentence report for defendant Juan Antonio Ruiz for disclosure to Ruiz' attorney and the attorney for the government.

IT IS SO ORDERED.

Date: _____, 2014                       _____
                                        D. LOWELL JENSEN
United States District Court Judge

WM. MICHAEL WHELAN, JR.
ATTORNEY AT LAW
95 S. MARKET STREET, SUITE 300
SAN JOSE, CALIFORNIA 95113
(650) 319-5554