United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>JUAN ANTONIO RUIZ,<br>        Defendant. | Case No.  5:13-cr-00394-DLJ<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR ASSISTANCE IN OBTAINING JAIL CREDITS**<br><br>Re: Dkt. No. 75 |

On February 19, 2016, the court received a letter from Defendant Juan Antonio Ruiz ("Defendant"), who is presently serving a federal sentence pursuant to a judgment filed on August 6, 2014.  Defendant requests the court's assistance in obtaining credit for time served prior to sentencing.  The letter was referred to the undersigned as a general duty matter.

This court is unable to provide Defendant with relief or assistance on this issue.   Indeed, after a defendant is sentenced, it is the Bureau of Prisons ("BOP") - not the court - that calculates the applicable release date and any entitlement to sentencing credit.  Jonah R. v. Carmona, 446 F.3d 1000, 1002 (9th Cir. 2006) ("The Federal Bureau of Prisons . . . calculates sentences for persons . . . remanded to its custody."); Zavala v. Ives, 785 F.3d 367, 370 n.3 (9th Cir. 2015) ("BOP, rather than the sentencing court, calculates the defendant's entitlement to sentencing credit under [18 U.S.C.] § 3585(b) in the first instance.").  Furthermore, the court cannot entertain claims of error in BOP's calculation or in its application of time credits.  Challenges to the execution of a sentence are properly raised through a petition under 28 U.S.C. § 2241 and must be brought in the district court where the defendant is confined.  See Zavala, 785 F.3d at 370 n.3 ("A defendant may

1

Case No.: 5:13-cr-00394-DLJ
ORDER DENYING DEFENDANT'S MOTION FOR ASSISTANCE IN OBTAINING JAIL CREDITS

1  then challenge BOP's calculation - in other words, the execution of the sentence - by filing a

2  petition for a writ of habeas corpus under 28 U.S.C. § 2241."); <u>Muth v. Fondren</u>, 676 F.3d 815,

3  818 (9th Cir. 2012) ("§ 2241 petitions must be filed in the district where the petitioner is confined

4  . . . .").  Since Defendant's letter reveals that he is currently incarcerated at the United States

5  Penitentiary at Lompoc, such a request must be made to the district court encompassing that

6  prison.

7        Accordingly, Defendant's request is DENIED.

8

9        **IT IS SO ORDERED.**

10  Dated:  March 4, 2016

11  _____
    EDWARD J. DAVILA
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                    2

28  Case No.: <u>5:13-cr-00394-DLJ</u>
    ORDER DENYING DEFENDANT'S MOTION FOR ASSISTANCE IN OBTAINING JAIL
    CREDITS

United States District Court
Northern District of California